AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| SAS Automation, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-cv-260 |
| Kunshan Speed Auto Machinery Co., Ltd. et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: JUDGMENT TO BE ENTERED IN FAVOR OF SAS AUTOMATION, LLC AND AGAINST KUNSHAN SPEED AUTO MACHINERY CO., LTD. IN THE AMOUNT OF USD $98,359.43 WITH INTEREST, FROM THE DATE OF THE JUDGMENT ENTRY, CALCULATED PURSUANT TO 28 U.S.C. § 1961;TERMINATE .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 4/17/2019

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk