# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SAS Automation, LLC<br>*Plaintiff*<br>v.<br>Kunshan Speed Auto Machinery Co., Ltd. et al<br>*Defendant* | )<br>)<br>) Civil Action No. 3:18-cv-260<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: JUDGMENT TO BE ENTERED IN FAVOR OF SAS AUTOMATION, LLC AND AGAINST AOJIE INDUSTRIAL AUTOMATION CO., LTD. IN THE AMOUNT OF USD $138,435.93 WITH INTEREST, FROM THE DATE OF THE JUDGMENT ENTRY, CALCULATED PURSUANT TO 28 U.S.C. § 1961;TERMINATE .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for

Date: 4/17/2019

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk